FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 29 AM 11: 33

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TITUS D. EDWARDS AND RANDY PERRY, JR., the Surviving Children of EDNA MAE BINNS, Deceased, and TITUS D. EDWARDS, Administrator of the Estate of Edna Mae Binns, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA G. FUHR,<br><br>Defendant. | CASE NO. CV103-189 |

## J U D G M E N T

This action having come on for trial before a jury, Honorable William T. Moore, Chief Judge, presiding, and the issues having been tried and the jury having rendered its verdict,

It is Ordered and Adjudged:

That Plaintiffs Titus D. Edwards and Randy Perry, Jr. have and recover $1,200,000.00 against Defendant Patricia G. Fuhr on their claim for wrongful death; and

That Plaintiffs Titus D. Edwards and Randy Perry, Jr. are entitled to have and recover an award of pre-judgment interest pursuant to O.C.G.A. § 51-12-14 against Defendant

Patricia G. Fuhr on their wrongful death claim in the amount of $257,561.64;[1] and

That Plaintiff Titus D. Edwards, as Administrator of the Edna Mae Binns Estate, have and recover $12,421.21 against Patricia G. Fuhr.

SO ORDERED this 29th day of June, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties agree that the applicable pre-judgment interest rate is 7.00%. The Court has chosen to calculate interest using a 365-day year. This results in a per diem of 0.00019178, for a daily accrual of $191.78, through June 29, 2007.